PROB 12C
(7/93)

Report Date:  September 22, 2014

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 23, 2014**

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Lee Taylor              Case Number: 2:09CR02019-RHW-1

Address of Offender: ██████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 22, 2009

Original Offense:        Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 72 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     James Goeke                 Date Supervision Commenced: July 18, 2014

Defense Attorney:        Federal Defenders Office     Date Supervision Expires: July 17, 2017

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1                 **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

                  **Supporting Evidence**: On September 18, 2014, Mr. Taylor failed to provide a urine sample as directed for drug screening.  On September 19, 2014, the undersigned officer contacted him by telephone, and directed him to report to the United States Probation Office to provide a urine sample for drug testing.  Mr. Taylor indicated the test would be positive, however, he did not indicate for what substance.  Mr. Taylor was asked if he would come into the United States Probation Office and sign a drug use admission form, to which he replied "I ain't signing shit, I already signed one."  This officer advised Mr. Taylor that if he was not willing to comply with his supervised release instructions he could go to jail, to which he replied "well jail will be the only way I can get clean."

**Prob12C**
**Re: Taylor, William Lee**
**September 22, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/22/2014

s/Nate J. Uhlorn

Nate J. Uhlorn
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[ X ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

September 23, 2014

Date