PROB 12C
(7/93)

Report Date: December 23, 2014

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Lee Taylor                Case Number: 2:09CR02019-RHW-1

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 22, 2009

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison -72 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: July 18, 2014 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 17, 2017 |

### PETITIONING THE COURT

  **To issue a warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on September 22, 2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

  2, 3 & 4        **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: On December 17, 2014, the undersigned officer received notification from Adept that Mr. Taylor had missed a random urinalysis test on December 16, 2014. The undersigned officer placed a call to Mr. Taylor to address the missed urinalysis, at which time Mr. Taylor stated that he had again relapsed.  Mr. Taylor stated that he last used methamphetamine on Saturday, December 13, 2014. Mr. Taylor had been previously directed to report to the U.S. Probation Office on December 18, 2014, to observe the Sobriety Treatment & Education Program (STEP) court session, and Mr. Taylor stated that he would still comply with this directive.

On December 18, 2014, Mr. Taylor arrived approximately 30 minutes late to observe STEP court.  Upon the completion of court, the undersigned officer escorted Mr. Taylor to the U.S.

Prob12C
Re: Taylor, William Lee
December 23, 2014
Page 2

Probation Office at which time Mr. Taylor again admitted to using methamphetamine, this time on December 17, 2014. Mr. Taylor signed a drug use admission form documenting the use. During the contact, Mr. Taylor stated that he would be staying at his current residence that evening, but since he had fallen behind on his rent, that would be the last night at that residence. Mr. Taylor indicated that he had a pro-social prospect for housing, but stated that he did not know the address. Mr. Taylor agreed to notify the undersigned officer of where he would be staying after he was completely out of his current residence. In addition, during the office visit Mr. Taylor agreed to participate in inpatient treatment. The undersigned officer directed Mr. Taylor to provide the U.S. Probation Office with the address of where he would be staying, and to make himself available by telephone, as I could have an inpatient bed available for him as soon as that day.

On December 19, 2014, the undersigned officer, learned that Adept needed Mr. Taylor to be present at 0900 hours on Monday, December 22, 2014, for an assessment. The undersigned officer immediately placed a call to Mr. Taylor leaving him a message to return the undersigned officer's phone call, and to report to Adept on Monday, December 22, 2014, for an assessment. Mr. Taylor did not report to Adept as directed, and has not provided the undersigned officer with an updated address of residence as required. In addition, Mr. Taylor has not made contact with the U.S. Probation Office since his December 18, 2014, office visit, despite numerous voice mails and text messages directing him to do so. On December, 23, 2014, the undersigned officer learned that Mr. Taylor had not only missed his chemical dependency assessment, but that he had also missed a random urinalysis test with Adept that had been scheduled for December 22, 2014. Mr. Taylor's whereabouts are currently unknown and he is considered an absconder.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/23/2014

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

12/24/2014

Date