PROB 12C
(7/93)

Report Date: March 1, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

3/2/16

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Lee Taylor                           Case Number: 0980 2:09CR02019-RHW-1

Address of Offender:                          , Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 22, 2009

Original Offense:       Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 72 months;                Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    James A. Goeke                     Date Supervision Commenced: June 12, 2015

Defense Attorney:       Federal Public Defender            Date Supervision Expires: December 11, 2017

## PETITIONING THE COURT

       To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/19/2016, and ISSUE A WARRANT for the offender's arrest.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

    5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

        **Supporting Evidence**: On February 28, 2016, the undersigned officer received notification from the Spokane Police Department that Mr. Taylor had been contacted by their agency. A police report was subsequently requested and received on February 29, 2016. The police report indicated that Mr. William Lee Taylor was stopped by the Spokane Police Department on February 28, 2016, for failing to signal as he turned southbound on Magnolia.

        According to the police report, the driver identified himself as one William Lee Taylor by providing a Washington State identification card. The driver was unable to provide insurance for the vehicle, and was subsequently cited for: failing to signal, failing to provide proof of insurance, and driving while license suspended in the 3rd degree, in violation of RCW 46.20.342.1C, a misdemeanor.

| | | |
|---|---|---|
| 6 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | |

**Supporting Evidence**: On February 25, 2016, the U.S. Probation office in Spokane received notification from Alcohol Drug Education Prevention and Treatment (ADEPT) that Mr. Taylor had failed to appear to provide a random urinalysis sample as required at their facility on February 24, 2016. Subsequently, a U.S. Probation officer left a voice mail and sent a text to Mr. Taylor directing him to report to U.S. Probation or ADEPT on that date to provide a urinalysis sample for testing. Mr. Taylor failed to appear at either facility as directed.

On February 29, 2016, the undersigned officer again placed a call to Mr. Taylor directing him to report to U.S. Probation to address his continued noncompliance. Mr. Taylor again failed to report to U.S. Probation as directed. The undersigned officer did receive a voice mail from Mr. Taylor on February 29, 2016, at 5:14 p.m. in which he apologized for his actions, stating he had lost his phone. Mr. Taylor also indicated he was aware he had missed a random urinalysis test.

7   **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: On February 17, 2016, Mr. Taylor was unsuccessfully discharged from outpatient chemical dependency services at ADEPT based on his continued use. Mr. Taylor was retained in interim services, and directed to call daily until an inpatient bed date could be secured for him. This violation was previously reported to the Court in the petition dated February 19, 2016.

On February 29, 2016, the undersigned officer staffed the case with ADEPT who indicated that Mr. Taylor had not engaged in services offered by the facility since February 16, 2016, to include not arriving for random urinalysis testing or participating in interim treatment services. Further, staff indicated that Mr. Taylor had not been calling daily as previously directed to inquire about the availability of inpatient resources.

8   **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On February 25, 2016, the U.S. Probation Office in Spokane received notification from ADEPT that Mr. Taylor had failed to appear to provide a random urinalysis sample as required at their facility on February 24, 2016.

On March 1, 2016, the U.S. Probation Office in Spokane received notification from ADEPT that Mr. Taylor had failed to appear to provide a random urinalysis sample as required at their facility on February 29, 2016.

Prob12C
**Re: Taylor, William Lee**
**March 1, 2016**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 1, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[  ]  No Action
[X]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[  ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[  ]  Other

*Robert A Whaley*

Signature of Judicial Officer

March 2, 2016

Date