PROB 12C
(7/93)

Report Date: March 8, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2016

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William Lee Taylor | Case Number: 0980 2:09CR02019-RHW-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 22, 2009

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 72 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: June 12, 2015 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: December 11, 2017 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/19/2016 and 03/01/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On March 4, 2016, the undersigned officer received notification from the Spokane Police Department that Mr. Taylor had been contacted by their agency. A police report was subsequently requested and received on March 7, 2016. The police report indicated that Mr. Taylor was stopped by law enforcement on March 4, 2016, for speeding. |
| | According to the police report, Mr. Taylor identified himself by providing a Washington State identification card.  Mr. Taylor was subsequently taken into custody for his outstanding federal warrant, and cited for: speed too fast for conditions, having no insurance, having no registration, not wearing a seatbelt, and for Third Degree Driving While License Suspended, in violation of RCW 46.20.342.1C, a misdemeanor. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 8, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Robert H. Whaley_
Signature of Judicial Officer

3/9/2016
Date